**IT IS ORDERED as set forth below:**



Date: April 17, 2013

_____
**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

UNITED STATES BANKRUPTCY COURT
_____NORTHERN DISTRICT OF GEORGIA_____
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MICHELLE ANN DANIELS, | ) | |
| | ) | CASE NO.: 12-68337-MHM |
| | ) | |
| DEBTOR. | ) | |

**ORDER**

HEARING HELD 3/28/13

On February 20, 2013, the Chapter 13 Trustee filed a Motion to Dismiss (Doc. No. 30), which came on for hearing March 28, 2013 upon notice to Debtor and Debtor's attorney. Debtor and Trustee reached an agreement, pursuant to which it is hereby

ORDERED that, commencing with the next Plan payment due following the entry date of this order and continuing with strict compliance every month thereafter, for twelve (12) months, Debtor Plan payments shall be remitted to the Trustee. It is further

ORDERED that, should Debtor Plan payments be submitted late, Trustee may submit a Supplemental Report that recommends dismissal, and upon receipt of such a report, the Clerk of the Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor

Debtor's attorney, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/
_____
Mandy K. Campbell
Attorney for Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303